IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN ROBERTS,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br><br>ALLEGHENY COUNTY, a Municipal<br>Corporation and Political Subdivision of<br>The Commonwealth of Pennsylvania;<br>RICH FITZGERALD, County Executive;<br>DANIEL SULLIVAN, Pittsburgh Police<br>Officer,<br>　　　　　　Defendants. | 2:12cv1296<br>Electronic Mail<br><br>Judge David Stewart Cercone<br>Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

AND NOW, this 3rd day of January, 2014, after the Plaintiff, Kevin Roberts, filed an action in the above-captioned case, and after Defendants Allegheny County and the Allegheny County Executive, filed a Motion to Dismiss, ECF No. 29, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until September 13, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss filed on behalf of Defendants Allegheny County and the Allegheny County Executive [ECF No. 29] is granted.

IT IS FURTHER ORDERED that the Court declines to exercise jurisdiction as to all remaining state law claims asserted against any Defendant and dismisses such claims without prejudice to be filed in state court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*DS Cercone*

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Maureen P. Kelly
Robert Borgoyn, Esquire
Bryan Campbell, Esquire

*(Via CM/ECF Electronic Mail)*

Kevin Roberts
JV-6013
SCI Pittsburgh
P.O. Box 99991
Pittsburgh, PA 15233

*(Via First Class Mail)*